ROHNER GEHRIG & CO., INC., ET AL. *v.* UNITED STATES

No. 6489.—Invoices dated Hale End, England, December 1945, etc.
Certified December 12, 1945, etc.
Entered at New York, N. Y., January 7, 1946, etc.
Entry No. 731793, etc.

(Decided November 6, 1946)

*Barnes, Richardson & Colburn (Hadley S. King* of counsel) for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

COLE, Judge (Abstract): These appeals for reappraisement of various items of merchandise concern the so-called British purchase tax, described in the law of the United Kingdom entitled, "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Administrative Act of 1938 (19 U. S. C. 1940 ed. § 1402 (c)). *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. 183, C. A. D. 334.

A written stipulation of fact, upon which the cases have been submitted, establishes that export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. 1940 ed. § 1402 (d)) is the proper basis for appraisement of the instant merchandise, and that such statutory values for the articles in question are the appraised values, less additions made on entry by the importers because of advances in similar cases.

UNITED STATES *v.* DICK & GOLDSCHMIDT, INC.

No. 6490.—Invoice dated Bradford, England, April 4, 1946.
Certified April 11, 1946.
Entered at New York, N. Y., May 8, 1946.
Entry No. 759163.

(Decided November 6, 1946)

*Paul P. Rao,* Assistant Attorney General, for the plaintiff.
*Fred Bennett* for the defendant.

COLE, Judge: This appeal for reappraisement of woven wool fabrics has been submitted by the parties on an agreed set of facts, establishing export value as defined in section 402 (d) of the Tariff Act of 1930 (19 U. S. C. 1940 ed. § 1402 (d)) to be the proper basis for appraisement for the wool piece goods invoiced as Quality No. 7257, and that such statutory value for the said merchandise is 8 shillings per yard, less 2½ per centum, plus packing.

As to the remaining items included in the shipment in question, the appeal is dismissed.

Judgment will be rendered accordingly.